

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2015

No. 04-13-00614-CV

Kathryne **VAUSE**,
Appellant

v.

**LIBERTY INSURANCE CORPORATION** and Justin A. Smith,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 07-2231-CV
William Old, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

The Appellant's Motion for Extension of Time to file Motion for Rehearing is hereby GRANTED.  Time extended to January 20, 2015.

It is so **ORDERED** on January 16th, 2015.                    PER CURIAM

ATTESTED TO:

_____
Keith E. Hottle
Clerk of Court